**United States District Court**
**District of Connecticut**

| | |
|---|---|
| DAVID BAILEY, | |
| Plaintiff, | DOCKET NO: 3:11 -CV-01457-JCH |
| -v- | |
| INTERBAY FUNDING, LLC et Al | |
| Defendants, | APRIL 10, 2019 |

### PLAINTIFF'S DAMAGES ANALYSIS

The Plaintiff David Bailey, by and through his undersigned attorney, hereby provide the following damages analysis:

1. The Defendants who all general partners as they were in business together for a profit, by their actions or actions of their agents, made several statements of facts to the Plaintiff which the Defendants knew were false at the time they were made on or before the closing date of 3/06/2006 of the Plaintiff's mortgage. Some of the false statements were made through an appraisal which was used to approve the Plaintiff's loan in 2006. When the Plaintiff became in need of a modification during a period of financial distress in 2012, 2013 and during the pendency of the 2014 foreclosure case, the Defendants continue to hide the fact that the original appraisal was a fake appraisal and repeatedly promised the Plaintiff a modification with principal reduction while at the same time continuing the foreclosure case in state court in which the Defendants ultimately obtained judgment. These actions (lies) have caused harm and damage to the Plaintiff, among other things:

a. having to expend time, money and resources to repair the property in the amount of more than one hundred sixty thousand dollars ($160,000.00)

b. The loss of his adjacent lot which the Plaintiff had purchased separately and which amounts to a loss of five thousand dollars ($5,000.00) purchase money.

c. Traveling expenses from Maryland to Connecticut in the amount of more than seventeen thousand dollars ($17,000.00).

d. Medical bills in the amount of more than five thousand dollars ($5,000.00) for Emotional distress which the Plaintiff values at more than two hundred fifty thousand dollars ($247,000.00)

e. Attorney's fees in the amount of more than twenty-five thousand dollars ($25,000.00)

f. and any other relief the Court deems fair and equitable.

THE PLAINTIFF.

/s/__Andre Cayo (ct29012)
Andre Cayo, Esq. (Ct29012)
Law Offices of Cayo & Associates, LLC
84 W. Park Place, 3rd Floor
Stamford, CT 06901
203-517-0416  Phone
203-517-0418 Fax
Cayolaw@gmail.com

**CERTIFICATION**

This is to certify that on this date hereof, a copy of the foregoing was electronically filed and served on anyone unable to accept the electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic system or by mail to parties exempt from the ECF system.

  <u>/s/ Andre Cayo (ct29012)</u>

Andre Cayo, Esq.