## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

DAVID BAILEY
    Plaintiff,

V.                                                       Civil Number 3:17cv01457(VAB)

INTERBAY FUNDING, LLC, BAYVIEW
LOAN SERVICING, LLC, BAYVIEW ASSET
MANAGEMENT, LLC,
    Defendants.

## JUDGMENT

    This matter having come on for consideration of the defendants' motion for summary judgment doc. #106, before the Honorable Victor A. Bolden, United States District Judge; and the Court having considered the full record of the case including applicable principles of law and granted the defendants' motion. Accordingly, judgment shall enter in favor of defendants.  It is therefore;

    ORDERED, ADJUDGED, and DECREED that judgment enter in favor of the defendants, Interbay Funding, LLC, Bayview Loan Servicing, LLC, and Bayview Asset Management, LLC, and the case is closed.

    Dated at Bridgeport, Connecticut this 22nd day of January, 2020.

                                                      ROBIN D. TABORA, Clerk

                                                      By:/s/ Jazmin Perez
                                                      Jazmin Perez
                                                      Deputy Clerk

EOD:    1/22/2020