Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.

United States District Court for the District of
Connecticut

File Number 3:17-cv-01457-VAB

**David Bailey**

       *Plaintiff,*

v.

**INTERBAY FUNDING, LLC, et. al.**

       *Defendant.*

Notice of Appeal

JAN 19 2021 PM2:00
FILED-USDC-CT-NEW HAVEN

Notice is hereby given that **David Bailey**, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the **Second** Circuit (from the final judgment) (from an order (describing it)) entered in this action on the **19th** day of **January**, 20**21**.

/s/ David Bailey

Attorney for _____
Address: 5010 Wheeler Road
Oxon Hill, Maryland 20745

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]

---

*See Rule 3(c) for permissible ways of identifying appellants